-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ALFONSO SPRINGER-KNIGHT,

        Plaintiff,

-v-

SUPREME COURT APPELLATE DIVISION,
2d DEPARTMENT,
DISTRICT ATTORNEY EUGENE GOLD,
DISTRICT ATTORNEY ELIZABETH HOLTZMAN,
THE PEOPLE OF STATE OF NEW YORK and
THE PEOPLE OF THE CITY OF NEW YORK,

        Defendants.

05-CV-0398Sc

MEMORANDUM and ORDER

---

    Plaintiff Alfonso Springer-Knight has brought this action under 42 U.S.C. § 1983, complaining that his constitutional rights were violated during three separate criminal proceedings and convictions that all originated in Kings County, New York. Kings County is located in the Eastern District of New York ~~District~~ and, therefore, the proper venue for this action is the United States District Court for the Eastern District of New York. See 28 U.S.C. § 1391(b). Plaintiff's imprisonment in a correctional facility located within this District does not provide a basis for venue here based on events or occurrences that arose exclusively within the Eastern District of New York. Pursuant to 28 U.S.C. § 1406(a), this action is ordered transferred to the United States District Court for the Eastern District of New York ~~District~~ of New York.

    IT HEREBY IS ORDERED, that this matter is transferred to the United States District Court for the Eastern District of New York.

    SO ORDERED.

DATED:    Buffalo, New York
                June 15, 2005

                                              JOHN T. ELFVIN
                                          UNITED STATES DISTRICT JUDGE